# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Donna S. | U. S. District Court, Eastern District of Louisiana | 05/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

500 Poydras St., Room C322
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Education Committee of the Louisiana Bar Foundation |
| 2. Member of the Board of Directors | New Orleans Chapter of the Federal Bar Association |
| 3. Member | Community Advisory Board for Le Petit Theatre |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | McGlinchey Stafford PLLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas | 1/31/20 - 2/1/2020 | Austin, TX | Conference | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Neighbors Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Iberia Bank checking accounts | A | Interest | L | T | | | | | |
| 3. C V S Health Corp | A | Int./Div. | K | T | Buy (add'l) | 02/04/20 | J | | |
| 4. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 5. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 6. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 7. Sysco Corporation | A | Int./Div. | K | T | Buy (add'l) | 04/27/20 | J | | |
| 8. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 9. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 10. Becton Dickinson & Co | | None | | | Buy (add'l) | 01/02/20 | J | | |
| 11. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 12. | | | | | Sold | 06/16/20 | K | D | |
| 13. Bank of New York Mellon C | A | Int./Div. | K | T | Buy (add'l) | 05/12/20 | J | | |
| 14. | | | | | Buy (add'l) | 08/10/20 | J | | |
| 15. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 16. Visa Inc Class A | A | Int./Div. | K | T | Buy (add'l) | 06/03/20 | J | | |
| 17. | | | | | Buy (add'l) | 09/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 19. Cognizant Tech Sol Cl A | A | Int./Div. | K | T | Buy (add'l) | 06/01/20 | J | | |
| 20. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 21. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 22. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 23. Oracle Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/24/20 | J | | |
| 24. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 25. | | | | | Buy (add'l) | 07/26/20 | J | | |
| 26. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 27. A T & T New | A | Int./Div. | J | T | Buy (add'l) | 02/04/20 | J | | |
| 28. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 29. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 30. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 31. Discover Bank CD | B | Int./Div. | L | T | | | | | |
| 32. CIT Bank CD | | None | | | Sold | 12/04/20 | J | | |
| 33. Schwab Bank Deposit Account | | None | M | T | | | | | |
| 34. Nucor Corp | | None | | | Sold | 05/12/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Pepsico Incorporated | A | Int./Div. | K | T | Buy (add'l) | 01/08/20 | J | | |
| 36. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 37. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 38. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 39. Berkshire Hathaway Cl B | | None | | | Sold | 06/26/20 | K | D | |
| 40. Apple Computer Inc. | | None | | | Sold (part) | 05/21/20 | K | D | |
| 41. | | | | | Sold | 07/14/20 | K | D | |
| 42. Vodafone Group Plc | | None | | | Sold | 06/16/20 | J | | |
| 43. Kinder Morgan Inc. | B | Int./Div. | J | T | Buy (add'l) | 02/19/20 | J | | |
| 44. | | | | | Buy (add'l) | 05/18/20 | J | | |
| 45. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 46. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 47. TJX Cos Inc | A | Int./Div. | K | T | Buy (add'l) | 06/16/20 | J | | |
| 48. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 49. Amgen Incorporated | A | Int./Div. | K | T | Buy (add'l) | 06/09/20 | J | | |
| 50. | | | | | Sold (part) | 06/16/20 | J | D | |
| 51. | | | | | Sold (part) | 07/02/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 54. PNC Finl Services Gp Inc | | None | | | Sold | 06/16/20 | J | C | |
| 55. UPS of America | | None | | | Sold | 04/01/20 | J | | |
| 56. Boeing Company | B | Int./Div. | K | T | | | | | |
| 57. Goldman Sachs Bank CD | C | Int./Div. | M | T | Sold<br>(part) | 12/03/20 | J | | |
| 58. GE Capital Bank CD | A | Int./Div. | K | T | | | | | |
| 59. Toronto Dominion Bank | | None | | | Sold | 06/16/20 | K | C | |
| 60. Emerson Electric Co | A | Int./Div. | K | T | Buy<br>(add'l) | 06/11/20 | J | | |
| 61. | | | | | Sold<br>(part) | 06/17/20 | J | B | |
| 62. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 64. Procter & Gamble Co | A | Int./Div. | J | T | Buy<br>(add'l) | 02/19/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 66. | | | | | Sold<br>(part) | 06/16/20 | K | D | |
| 67. Johnson & Johnson | A | Int./Div. | K | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 68. | | | | | Sold<br>(part) | 06/16/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 07/02/20 | J | B | |
| 70. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 72.  VF Corporation | A | Int./Div. | K | T | Buy<br>(add'l) | 03/23/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 06/23/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 77.  Alliance Data Systems | | None | | | Sold | 04/16/20 | J | | |
| 78.  Service Proper Com | | None | | | Buy<br>(add'l) | 02/21/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 05/22/20 | J | | |
| 80. | | | | | Sold | 05/26/20 | J | | |
| 81.  Whirlpool Corp | | None | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 83. | | | | | Sold | 06/17/20 | K | | |
| 84.  Expeditors Intl of WA Inc. | | None | | | Sold | 06/03/20 | K | D | |
| 85.  Community Trust CD | | None | | | Sold | 08/18/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Verizon Communications | | None | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 88. | | | | | Sold | 05/28/20 | J | B | |
| 89. Altria Group Inc. | A | Int./Div. | K | T | | | | | |
| 90. Adobe Systems Inc. | A | Int./Div. | K | T | | | | | |
| 91. Exxon Mobil Corporation | | None | | | Sold | 05/26/20 | J | | |
| 92. Air Prod & Chemicals Inc | | None | | | Buy<br>(add'l) | 02/11/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 05/12/20 | J | | |
| 94. | | | | | Sold | 07/16/20 | J | C | |
| 95. FedEx Corporation | | None | | | Buy<br>(add'l) | 01/03/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 97. | | | | | Sold | 06/16/20 | J | | |
| 98. Nike Inc Class B | | None | | | Buy<br>(add'l) | 01/03/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 100. | | | | | Sold | 06/25/20 | K | D | |
| 101. Disney Walt Co | A | Int./Div. | K | T | | | | | |
| 102. Pfizer Incorporated | A | Int./Div. | K | T | Buy<br>(add'l) | 06/08/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 105. Roche Hldg Ltd Spon Adrf | A | Int./Div. | K | T | Sold<br>(part) | 07/02/20 | J | B | |
| 106. Sabre Corporation | | None | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 107. | | | | | Sold | 06/16/20 | J | | |
| 108. Nrtn Sts Pwr Co | B | Int./Div. | K | T | | | | | |
| 109. Blackrock Inc. | | None | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 110. | | | | | Sold | 05/21/20 | K | A | |
| 111. Schwab Value Advantage | A | Int./Div. | M | T | Buy<br>(add'l) | 02/10/20 | L | | |
| 112. | | | | | Sold<br>(part) | 05/26/20 | K | | |
| 113. | | | | | Buy<br>(add'l) | 05/29/20 | K | | |
| 114. | | | | | Sold<br>(part) | 06/10/20 | K | | |
| 115. | | | | | Sold<br>(part) | 06/17/20 | J | | |
| 116. | | | | | Sold<br>(part) | 06/23/20 | L | | |
| 117. | | | | | Buy<br>(add'l) | 06/29/20 | K | | |
| 118. | | | | | Sold<br>(part) | 06/30/20 | J | | |
| 119. | | | | | Sold<br>(part) | 07/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/02/20 | L | | |
| 121. | | | | | Sold (part) | 12/16/20 | K | | |
| 122.  Intel Corp | A | Int./Div. | K | T | Buy (add'l) | 03/03/20 | J | | |
| 123. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 124. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 125. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 126.  Cummins Inc. | | None | | | Buy (add'l) | 03/06/20 | J | | |
| 127. | | | | | Sold | 06/02/20 | K | C | |
| 128.  Starbucks Corp | A | Int./Div. | K | T | Buy (add'l) | 05/26/20 | J | | |
| 129. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 130. | | | | | Buy (add'l) | 08/24/20 | J | | |
| 131. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 132.  Facebook Inc Class A | | None | | | Sold (part) | 07/01/20 | J | A | |
| 133. | | | | | Sold | 07/08/20 | K | D | |
| 134.  Duke Energy Corp | A | Int./Div. | J | T | Buy (add'l) | 06/17/20 | J | | |
| 135. | | | | | Sold (part) | 08/31/20 | J | | |
| 136. | | | | | Buy (add'l) | 09/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e g , div , rent, or int ) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e g , buy, sell, redemption) | Date mm/dd/yy | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 138.  Honeywell Intl Inc. | A | Int./Div. | K | T | | | | | |
| 139.  Cigna | | None | | | Buy (add'l) | 04/13/20 | J | | |
| 140. | | | | | Sold | 04/30/20 | J | | |
| 141.  Cisco Systems Inc. | B | Int./Div. | L | T | Buy (add'l) | 05/26/20 | K | | |
| 142. | | | | | Buy (add'l) | 07/23/20 | J | | |
| 143. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 144.  Bristol - Myers Squibb Co | | None | | | Buy (add'l) | 02/07/20 | J | | |
| 145. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 146. | | | | | Sold | 06/16/20 | J | A | |
| 147.  Bristol - Myers Squibb Rights | | None | J | T | | | | | |
| 148.  Bank of America Corp | | None | | | Buy (add'l) | 03/30/20 | J | | |
| 149. | | | | | Sold | 04/30/20 | K | | |
| 150.  Microchip Technology Inc. | A | Int./Div. | K | T | Buy (add'l) | 03/09/20 | J | | |
| 151. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 152. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 153. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Dominion Energy Inc. | | None | | | Buy<br>(add'l) | 06/23/20 | J | | |
| 155. | | | | | Sold | 08/31/20 | J | B | |
| 156. BB&T Corp | B | Interest | K | T | | | | | |
| 157. Wells Fargo & Co | A | Interest | K | T | | | | | |
| 158. Sumitomo Mitsui Financial | B | Interest | K | T | | | | | |
| 159. US Treasury Tips | A | Int./Div. | L | T | | | | | |
| 160. Total S.A ADS | B | Int./Div. | K | T | Buy | 06/17/20 | K | | |
| 161. DuPont De Nemours Inc. | A | Int./Div. | J | T | Buy | 05/12/20 | J | | |
| 162. General Dynamics Co | A | Int./Div. | J | T | Buy | 06/16/20 | K | | |
| 163. | | | | | Sold<br>(part) | 06/17/20 | J | A | |
| 164. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 166. United Parcel Service | A | Int./Div. | K | T | Buy | 06/03/20 | J | | |
| 167. Anheuser Busch Co Inc. | A | Int./Div. | K | T | Buy | 06/17/20 | K | | |
| 168. | | | | | Sold<br>(part) | 07/02/20 | J | | |
| 169. Kraft Heinz Co | B | Int./Div. | K | T | Buy | 05/26/20 | K | | |
| 170. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 172. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 173.  Viatris Inc Com (X) | | None | J | T | Sold (part) | 11/18/20 | J | A | |
| 174.  Truist Finl Corp | A | Int./Div. | K | T | Buy | 06/16/20 | K | | |
| 175. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 176. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 177.  Invesco Ltd | A | Int./Div. | K | T | Buy | 06/16/20 | K | | |
| 178. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 179. | | | | | Sold (part) | 11/23/20 | J | C | |
| 180. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 181.  Corning Inc. | A | Int./Div. | K | T | Buy | 05/26/20 | K | | |
| 182. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 183. | | | | | Sold (part) | 07/02/20 | J | A | |
| 184. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 185. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 186.  Interpublic Grp Cos | B | Int./Div. | K | T | Buy | 06/16/20 | K | | |
| 187. | | | | | Buy (add'l) | 09/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 11/23/20 | J | B | |
| 189. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 190. Ntnl Fuel Gas Co | A | Int./Div. | J | T | Buy | 08/31/20 | J | | |
| 191. Booking Holdings | B | Int./Div. | K | T | Buy | 06/22/20 | K | | |
| 192. Invesco Ultra Short ETF | A | Int./Div. | L | T | Buy | 06/10/20 | L | | |
| 193. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 194. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 195. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 196. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 197. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 198. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 199. Wells Fargo & Co New | A | Int./Div. | K | T | Buy | 04/30/20 | J | | |
| 200. Genuine Parts Co | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 201. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 202. Johnson Controls Intl plc | A | Int./Div. | K | T | Buy | 06/16/20 | K | | |
| 203. | | | | | Sold (part) | 06/17/20 | J | | |
| 204. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 102 and 173:

Shareholders that held Pfizer common stock as of the close of business on November 13, 2020, the record date, and did not sell their rights to receive Viatris common stock before the close of business on November 16, 2020, received approximately 0.124079 of a share of Viatris common stock for every share of Pfizer held.

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/17/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna S. Morgan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544